**Dismissed and Opinion Filed December 30, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00971-CV

## IN THE INTEREST OF S.M.U., A CHILD

**On Appeal from the 470th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 470-54214-2020**

## MEMORANDUM OPINION

Before Justices Molberg, Partida-Kipness, and Carlyle
Opinion by Justice Partida-Kipness

Before the Court is Appellant's unopposed motion to dismiss the appeal. In the motion, Appellant informs the Court that the parties have settled their disputes, and the trial court has approved the parties' settlement agreement and signed a final judgment. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
JUSTICE

210971F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF S.M.U., A CHILD

No. 05-21-00971-CV

On Appeal from the 470th Judicial District Court, Collin County, Texas Trial Court Cause No. 470-54214-2020.
Opinion delivered by Justice Partida-Kipness. Justices Molberg and Carlyle participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered this 30th day of December 2022.